UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

SELENA LOPEZ,
    Plaintiff,

v.

Kilolo Kijakazi,
*Acting Commissioner of Social Security Administration*,
    Defendant.

**JUDGMENT**

Case No. 5:22-CV-253-KS

**DECISION BY THE COURT.**

**IT IS ORDERED, ADJUDGED AND DECREED** the court denies the Plaintiff's Motion for Judgment on the Pleadings [DE-24], grants the Defendant's Motion for Judgment on the Pleadings [DE-27] and AFFIRMS the Commissioner's decision.

This judgment filed and entered on 9/12/2023, *with electronic service* upon the following:

Derrick Arrowood
*Plaintiff's Counsel*

Joanne Kernicky
Samantha Zeiler
*Defendant's Counsel*

**PETER A. MOORE, JR.**
CLERK, U.S. DISTRICT COURT

Date: September 12, 2023

/s/ *Shelia D. Foell*
Deputy Clerk of Court